DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TYRELL COBBIN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-3097

[May 21, 2026]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin Samuel Fein, Judge; L.T. Case No. 062014CF004152A88810.

Tyrell Cobbin, Jasper, pro se.

James Uthmeier, Attorney General, Tallahassee, and Kimberly Tollett Acuña, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***